PETER B. MORRISON (State Bar No. 230148)
peter.morrison@skadden.com
JULIA M. NAHIGIAN (State Bar No. 307508)
julia.nahigian@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

JOSEPH N. SACCA (*pro hac vice* application pending)
joseph.sacca@skadden.com
BRADLEY E. HONIGMAN (*pro hac vice* application pending)
bradley.honigman@skadden.com
SPENCER A. GOTTLIEB (*pro hac vice* application pending)
spencer.gottlieb@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:   (212) 735-2000

DONALD R. WARE (*pro hac vice* application pending)
dware@foleyhoag.com
MARCO J. QUINA (*pro hac vice* application pending)
mquina@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone:  (617) 832-1000
Facsimile:   (617) 832-7000

Attorneys for Defendant and Counterclaimant
Elysium Health, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| CHROMADEX, INC., | Case No. 8:16-cv-02277-KES |
| Plaintiff, | **DEFENDANT ELYSIUM HEALTH, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| ELYSIUM HEALTH, INC., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Elysium Health, Inc. ("Elysium") hereby makes this Corporate Disclosure Statement.

Elysium states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

DATED:  January 25, 2017

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        FOLEY HOAG LLP

        By:  /s/ Peter B. Morrison
             Peter B. Morrison
             Attorneys for Defendant Elysium Health, Inc.