COOLEY LLP
ANTHONY M. STIEGLER (State Bar No. 126414)
(astiegler@cooley.com)
EAMONN GARDNER (State Bar No. 310834)
(egardner@cooley.com)
JON F. CIESLAK (State Bar No. 268951)
(jcieslak@cooley.com)
SOPHIA M. RIOS (State Bar No. 305801)
(srios@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc*

*Counsel continued on next page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| ChromaDex, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Elysium Health, Inc., <br><br> Defendant. <br><br>――――――――――――<br><br> Elysium Health, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> ChromaDex, Inc., <br><br> Counter-Defendant. | Case No.  SACV 16-02277-CJC(DFMx) <br><br> **JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFING REGARDING CHROMADEX'S MOTION TO COMPEL FURTHER RESPONSES FROM ELYSIUM** <br><br> Date: December 13, 2017 <br> Time: 8:30 a.m. <br> Judge: Hon. Douglas F. McCormick <br> Courtroom: 6B <br><br> Discovery Cut-Off: June 14, 2018 <br> Pretrial Conference: September 10, 2018 <br> Trial: September 18, 2018 |

PETER B. MORRISON (State Bar No. 230148)
peter.morrison@skadden.com
JULIA M. NAHIGIAN (State Bar No. 307508)
julia.nahigian@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOSEPH N. SACCA (admitted *pro hac vice*)
joseph.sacca@skadden.com
BRADLEY E. HONIGMAN (admitted *pro hac vice*)
bradley.honigman@skadden.com
MICHAEL M. POWELL (admitted *pro hac vice*)
michael.powell@skadden.com
SPENCER A. GOTTLIEB (admitted *pro hac vice*)
spencer.gottlieb@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

DONALD R. WARE (admitted *pro hac vice*)
dware@foleyhoag.com
MARCO J. QUINA (admitted *pro hac vice*)
mquina@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

*Attorneys for Defendant and Counterclaimant Elysium Health, Inc.*

Plaintiff and Counter-Defendant ChromaDex, Inc. ("ChromaDex"), and Defendant and Counterclaimant Elysium Health, Inc. ("Elysium") (collectively referred to herein as the "Parties"), submit the following joint stipulation regarding the supplemental briefing schedule for ChromaDex's motion to compel further responses from Elysium ("Motion").

On November 28, 2017, at the hearing on ChromaDex's Motion, the Court directed the Parties to file supplemental briefs and set a hearing for December 13, 2017. ChromaDex's supplemental brief is currently due on December 1, 2017. Elysium's supplemental brief is currently due on December 8, 2017.

In order to equitably share the available time for briefing, the Parties have agreed that ChromaDex may file its supplemental brief on the morning of December 4, 2017, rather than December 1, 2017. Elysium's brief shall be filed on December 8, 2017 and the Parties shall reconvene for a hearing at 8:30 a.m. on December 13, 2017, with either or both Parties permitted to participate by telephone.

The Parties thus request that the Court enter an order approving this joint stipulation.

Dated: November 29, 2017          COOLEY LLP

                                  By:   */s/ Anthony M. Stiegler*
                                        Anthony M. Stiegler
                                        Attorneys for Plaintiff

*The filer, Anthony M. Stiegler, attests that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.*

Dated: November 29, 2017          SKADDEN, ARPS, SLATE,
                                  MEAGHER & FLOM LLP

                                  By:   */s/ Joseph N. Sacca*
                                        JOSEPH N. SACCA
                                        Attorneys for Defendant

1