| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL ATTANASIO (151529) |
| 2 | (mattanasio@cooley.com) |
| | EAMONN GARDNER (310834) |
| 3 | (egardner@cooley.com) |
| | JON F. CIESLAK (268951) |
| 4 | (jcieslak@cooley.com) |
| | BARRETT J. ANDERSON (318539) |
| 5 | (banderson@cooley.com) |
| | SOPHIA M. RIOS (305801) |
| 6 | (srios@cooley.com) |
| | JAYME B. STATEN (317034) |
| 7 | (jstaten@cooley.com) |
| | 4401 Eastgate Mall |
| 8 | San Diego, CA  92121 |
| | Telephone: (858) 550-6000 |
| 9 | Facsimile:  (858) 550-6420 |

*Attorneys for Plaintiff and Counterdefendant ChromaDex, Inc.*

*Counsel continued on following page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| ChromaDex, Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Elysium Health, Inc. and Mark Morris,<br><br>　　　　　Defendants.<br><br>Elysium Health, Inc.,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>ChromaDex, Inc.,<br><br>　　　　　Counterdefendant | Case No.  SACV 16-02277-CJC(DFMx)<br><br>**STIPULATED PROTECTIVE ORDER REGARDING PLAINTIFF CHROMADEX, INC.'S PRODUCTION OF DOCUMENTS AND NONWAIVER OF PRIVILEGE**<br><br>Judge:　　　　Hon. Cormac J. Carney<br>Magistrate Judge: Hon. Douglas F. McCormick<br><br>Discovery Cut-off:　April 5, 2019<br>Pretrial Conference: July 1, 2019<br>Trial:　　　　　　July 9, 2019<br><br>[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE DOUGLAS F. MCCORMICK] |

COVINGTON & BURLING LLP
MITCHELL A. KAMIN (202788)
(mkamin@cov.com)
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Attorney for Plaintiff and Counter-Defendant ChromaDex, Inc*

## RECITALS AND GOOD CAUSE STATEMENT

**I.** Plaintiff ChromaDex, Inc. ("ChromaDex") and Defendants Elysium Health, Inc. ("Elysium") and Mark Morris (collectively the "Parties") have agreed to resolve a discovery dispute concerning communications involving attorney and ChromaDex Board Member Stephen Block. The Parties desire to resolve this dispute expeditiously and efficiently and without the necessity of briefing or argument before this Court.

**II.** To resolve the dispute, the Parties agree that ChromaDex will produce certain documents it withheld or redacted because of the asserted attorney-client relationship between Mr. Block and ChromaDex (the "Block Communications") and that ChromaDex's disclosure of the Block Communications and related privilege log will not constitute an express or implied waiver of any privilege or protection over any other material, including any material related to any subject matter of the Block Communications. The Parties have agreed on the scope of material constituting the Block Communications.

**III.** The Parties acknowledge that this stipulation (and if approved, Order) implements part of the above-described resolution.

**IV.** In light of these acknowledgements, and to protect against any possible injury caused by ChromaDex's production of these documents, good cause exists to enter a protective order in this matter.

## Stipulation of Non-Waiver By Disclosure

ChromaDex's disclosure of the Block Communications and related privilege log shall be without prejudice to and shall not waive for purposes of this proceeding or any other federal or state proceeding, any attorney-client privilege, work product protection, or any other applicable privilege, immunity, or protection afforded by law. For the avoidance of doubt, the provisions of this paragraph shall apply to all disclosures, privileges, and protections within the scope of Fed. R. Evid. 502(d), and further shall apply to all disclosures, privileges, and protections within this Court's authority, to the

fullest extent permitted under law. Pursuant to Fed. R. Evid. 502(d), if Block Communications subject to privilege or protection and a related privilege log are disclosed in this litigation pursuant to the agreement of the Parties that such disclosure shall be on a nonwaiver basis (meaning that no privilege is waived as to any other matter or document), the disclosure shall not be a waiver in any other federal or state proceeding.

**IT IS SO STIPULATED.**

Dated: March 11, 2019

COOLEY LLP
MICHAEL ATTANASIO (151529)

/s/ Michael Attanasio
MICHAEL ATTANASIO

Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.

*The filer, Michael Attanasio, attests that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.*

Dated: March 11, 2019

BAKER & HOSTETLER LLP
ESTERINA GIULIANI (admitted *pro hac vice*)

s/ Esterina Giuliani
ESTERINA GIULIANI

Attorneys for Defendant and Counterclaimant Elysium Health, Inc. and Defendant Mark Morris

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: March 12, 2019

HON. DOUGLAS F. MCCORMICK

United States Magistrate Judge