# Exhibit 53

## Redacted Version of Document Proposed to be Filed Under Seal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ChromaDex, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>Elysium Health, Inc. and Mark Morris,<br><br>        Defendants.<br><br>Elysium Health, Inc.,<br><br>        Counterclaimant,<br><br>    v.<br><br>ChromaDex, Inc.,<br><br>        Counter-Defendant. | Case No. SACV 16-02277-CJC(DFMx) |

**EXPERT REPORT OF LANCE E. GUNDERSON**

June 21, 2019
   Date

_____
        **Lance E. Gunderson**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 53
Page 700

**ChromaDex's Trade Secrets Information at Issue**

| | |
|---|---|
| ChromaDex's Sales information, including the Ingredient Sales Spreadsheet | 1 |
| ChromaDex's NR ▮▮▮▮ price paid to Grace | 2 |
| ChromaDex's research and development work regarding different salts for use in manufacturing NR | 3 |
| ChromaDex's research and development work with Genomatica | 4 |

Notes:

[1] ELY_0046025; ELY_0108750; ELY_0085617, Chat Nos. 4272, 15764, 55710, 55735.

[2] Deposition of Daniel Magida, December 13, 2018, pages 97-98, Deposition Exhibit 45 (ELY_0046699-700);
Deposition of Mark Morris, April 24, 2019, pages 291-292, Deposition Exhibit 204 at page 43 (ELY_0086517).

[3] Deposition of ▮▮▮▮▮▮▮ November 29, 2018, Deposition Exhibit 19 (ELY_0014923).

[4] ELY_0107391.

**ChromaDex's Trade Secrets, Confidential, and/or Proprietary Information at Issue** [1]

| Date(s) | Information | Document |
|---|---|---|
| Unknown | | ELY_0032312, ELY_0032324 |
| 1/20/2014 | | CDXCA_00071552, CDXCA_00071573 |
| 6/12/2014 | | CDXCA_00071687, CDXCA_00071689 |
| 6/27/2014 | | ELY_0025263, ELY_0025279 |
| 4/17/2015 | | ELY_0022790, ELY_0022791, ELY_0022792, ELY_0022798, ELY_0022800, ELY_0022804 |
| 4/22/2015 | | ELY_0061092, ELY_0061094 |
| 6/30/2015 | | ELY_0029533, ELY_0029578 |
| 7/12/2015 | | ELY_0027213, ELY_0027256 |
| 7/12/2015 | | ELY_0027148, ELY_0027191 |
| 7/13/2015 | | ELY_0023479, ELY_0023522 |
| 7/13/2015 | | ELY_0032193, ELY_0032236 |
| 7/13/2015 | | ELY_0032238, ELY_0032281 |
| July 15-18, 2015 | Information regarding Live Cell's sales of NR-containing and other products and business strategies. | ELY_0108750 |
| 8/3/2015 | | ELY_0023570, ELY_0023616 |
| 8/4/2015 | | ELY_0027441, ELY_0027487 |
| 8/7/2015 | Information regarding the identity of ChromaDex's business partner at General Nutrition Centers selling a product combining NIAGEN and pTeroPure. | ELY_0085617, Chat Nos. 15601-15603 |
| 8/26/2015 | | ELY_0023712, ELY_0023715 |
| 8/28/2015 | | ELY_0027681, ELY_0027682 |
| ~August 30, 2015 | The amounts of Live Cell's NR purchases from ChromaDex. | ELY_0085617, Chat Nos. 55710, 55735 |
| 9/11/2015 | | ELY_0030960, ELY_0031006 |
| 9/11/2015 | | ELY_0032880, ELY_0032926 |
| 9/11/2015 | | ELY_0032948, ELY_0032994 |
| 9/16/2015 | | ELY_0033096, ELY_0033142 |
| 9/28/2015 | | ELY_0031168, ELY_0031213 |
| 9/28/2015 | | ELY_0031235, ELY_0031280 |
| 9/28/2015 | | ELY_0031101, ELY_0031146 |
| 9/29/2015 | | ELY_0024177, ELY_0024180 |
| 9/29/2015 | | ELY_0031302, ELY_0031347 |
| 9/29/2015 | | ELY_0033169, ELY_0033214 |
| 9/29/2015 | | ELY_0033236, ELY_0033281 |
| 9/29/2015 | | ELY_0061693, ELY_0061738 |
| 9/30/2015 | | ELY_0033303, ELY_0033348 |
| 10/2/2015 | | ELY_0031385, ELY_0031434 |
| 10/4/2015 | | ELY_0031466, ELY_0031511 |
| 10/4/2015 | | ELY_0061138, ELY_0061183 |
| 10/9/2015 | | CDXCA_00243552 |
| 10/13/2015 | | ELY_0013251, ELY_0013296 |
| 10/13/2015 | | ELY_0013402, ELY_0013447 |
| 10/13/2015 | | ELY_0024315, ELY_0024360 |
| 10/13/2015 | | ELY_0033404, ELY_0033449 |
| 10/13/2015 | | ELY_0061205, ELY_0061250 |
| 10/28/2015 | | ELY_0024551, ELY_0024596 |
| 10/28/2015 | | ELY_0024618, ELY_0024700 |

**ChromaDex's Trade Secrets, Confidential, and/or Proprietary Information at Issue** [1]

| Date(s) | Information | Document |
|---|---|---|
| 11/12/2015 | Information regarding a Joint Development Agreement with a ChromaDex partner, including reasons the parties had for entering the agreement, the progress of related human studies, the amounts of milestone payments, the amounts of ingredients used in products, the nature of the exclusivity provided for in the agreement, and the length of negotiations. | ELY_0085617, Chat Nos. 15642 – 15643 |
| 11/25/2015 | | ELY_0029885, ELY_0029933 |
| 12/1/2015 | | ELY_0029981, ELY_0030030 |
| 12/9/2015 | Information regarding ChromaDex's pTeroPure sales in specific channels. | ELY_0085617, Chat Nos. 15680 – 15681 |
| 12/15/2015 | | ELY_0029364, ELY_0029411 |
| 12/15/2015 | | ELY_0061894, ELY_0061940 |
| 12/24/2015 | | ELY_0056524, ELY_0056628 |
| 12/26/2015 | | ELY_0056635, ELY_0056681 |
| 1/5/2016 | | ELY_0033815, ELY_0033816 |
| 2/5/2016 | Information regarding negotiations with Live Cell regarding NR sales and Live Cell business strategies. | CDXCA_00243792 |
| 2/11/2016 | | ELY_0056776, ELY_0056885 |
| 3/3/2016 | | ELY_0039807, ELY_0039942 |
| 3/3/2016 | | ELY_0040079, ELY_0040214 |
| 3/18/2016 | | ELY_0035066, ELY_0035067 |
| 3/24/2016 | | ELY_0035178, ELY_0035332 |
| 3/24/2016 | | ELY_0035341, ELY_0035495 |
| 4/5/2016 | Information regarding ChromaDex's ingredient sales over time, business strategies over time, business models, marketing strategies, employee training, number of products containing ChromaDex ingredients on the market. | ELY_0094668, ELY_0094738, ELY_0094739 |
| 4/6/2016 | Information regarding a ChromaDex marketing strategy. | ELY_0096172 |
| 4/7/2016 | Information regarding ChromaDex business dealings, research and development, and staffing. | ELY_0096177 |
| 4/15/2016 | Information regarding ChromaDex business dealings and marketing strategies. | ELY_0096180 |
| 4/26/2016 | Information regarding the comparative chances of market success of ChromaDex customers. | ELY_0107581 |
| 4/28/2016 | Information regarding ChromaDex business dealings. | CDXCA_00201415 |
| 4/29/2016 | Information regarding ChromaDex business dealings. | ELY_0045814 |
| 5/4/2016 | Information regarding ChromaDex's manufacturing capabilities for another precursor of NAD+, related intellectual property, and business strategies. | ELY_0045819 |
| 5/4/2016 | Information regarding the production processes for NR and pterostilbene. | ELY_0045821 |
| 5/24/2016 | Information regarding ChromaDex business opportunities. | ELY_0096181 |
| 5/29/2016 | Live Cell's NR purchasing history, including dates, volumes, and prices. | ELY_0085617, Chat No. 15764. |
| 5/29/2016 | Information regarding ChromaDex business strategies. | ELY_0096183 |
| 5/30/2016 | Live Cell's NR purchasing history, including dates, volumes, and prices. | ELY_0085617, Chat No. 4550 |
| 6/12/2016 | Information regarding ChromaDex business dealings and opportunities. | ELY_0107587 |
| 6/14/2016 | Information regarding ChromaDex's strategy for negotiations with Elysium. | ELY_0085617, Chat No. 4147 |
| 6/19/2016 | Information regarding ChromaDex business strategies and research. | ELY_0094755, ELY_0094756 |

**ChromaDex's Trade Secrets, Confidential, and/or Proprietary Information at Issue** [1]

| Date(s) | Information | Document |
|---|---|---|
| 6/22/2016 | Information regarding ChromaDex's possession of legal opinion regarding an NR patent. | ELY_0107359 |
| 6/22/2016 | Information regarding the shelf life of NIAGEN and pTeroPure, a stability study conducted by another customer. | ELY_0085617, Chat Nos. 4175 – 4180 |
| 6/22/2016 | | ELY_0046687, ELY_0046688, ELY_0046689 |
| 6/23/2016 | Information regarding ChromaDex business dealings and research and development. | ELY_0107391 |
| 6/23/2016 | Information regarding ChromaDex business dealings and opportunities. | ELY_0096193 |
| 6/23/2016 | Information regarding ChromaDex business dealings related to pterostilbene, intellectual property related to pterostilbene, and communications with attorneys concerning intellectual property related to pterostilbene. | ELY_0107542, ELY_0085617, Chat No. 4187 |
| 6/24/2016 | Information regarding ChromaDex's legal and public relations fees incurred and strategy in response to a "short attack." | ELY_0085617, Chat No. 4191 |
| Before 6/24/2016 | The price ChromaDex paid to its contract manufacturer for NR on a per kilo basis. | Deposition of Daniel Magida, December 13, 2018, pages 97-98, Exhibit 45. |
| 6/27/2016 | Information regarding ChromaDex's sales to other customers, including volumes purchased and trends over time. | ELY_0085617, Chat No. 4225 |
| 6/28/2016 | The price ChromaDex paid to its contract manufacturer for NR on a per kilo basis. | ELY_0085617, Chat No. 4243 |
| 6/28/2016 | Stability data for NR. | ELY_0085617, Chat No. 4241 |
| 7/1/2016 | Information regarding ChromaDex's NR sales to other customers, including volumes purchased. | ELY_0085617, Chat No. 4272 |
| 7/1/2016 | Information regarding products being developed by ChromaDex customers. | ELY_0085617, Chat No. 4293 |
| 7/6/2016 | Results from a ChromaDex study on the effects of NR on mice. | ELY_0107481 |
| 7/6/2016 | Information regarding ChromaDex business dealings and strategies related to pharmaceutical endeavors. | ELY_0085617, Chat Nos. 4380 – 4312 |
| 7/7/2016 | Information regarding ChromaDex's contractual relationship with its NR contract manufacturer. | ELY_0085617, Chat Nos. 4135 – 4136 |
| 7/11/2016 | Information regarding ChromaDex business dealings and strategies related to pharmaceutical endeavors. | ELY_0085617, Chat No. 4353 |
| 7/12/2016 | Information regarding ChromaDex business dealings and strategies related to pharmaceutical endeavors. | ELY_0085617, Chat Nos. 4029, 4363 |
| 7/18/2016 | | ELY_0046025 |
| 7/26/2016 | Information regarding ChromaDex research and development with the University of Pennsylvania and intellectual property opportunities. | ELY_0085619, Chat No. 2841 – 2845 |
| 8/2/2016 | | ELY_0096268.0001 |
| 8/2/2016 | | ELY_53728, ELY_52729, ELY_0053730 |
| 8/11/2016 | Information regarding ChromaDex's business strategies and regulatory efforts. | ELY_0085617, Chat Nos. 4101 – 4103 |
| 8/14/2016 | Information regarding the potential costs, on a per kilogram basis, of independently manufacturing NR. | ELY_0010954 |
| August 20, 2016, or before | Information concerning a NIAGEN customer's purchases, sales, and inventory. | ELY_0037294 |
| 8/28/2016 | | ELY_0094768, ELY_0037480 |
| 8/30/2016 | Information regarding ChromaDex's research and development work on salts related to NR. | ELY_0014923 |
| 8/31/2016 | | ELY_0067662 |
| 8/31/2016 | | ELY_0051298, ELY_0051300 |

**ChromaDex's Trade Secrets, Confidential, and/or Proprietary Information at Issue** [1]

| Date(s) | Information | Document |
|---|---|---|
| 9/6/2016 | Information regarding the manufacturing conditions of pTeroPure. | ELY_0085619, Chat Nos. 1548 – 1549 |
| 9/30/2016 | | ELY_0051954, ELY_0051954.0001, ELY_0051957 |
| 10/3/2016 | | ELY_0052076, ELY_0052077, ELY_0052098.0001 |
| 10/13/2016 | | ELY_0078080, ELY_0078089 |
| 10/17/2016 | | ELY_0081719, ELY_0081720 |
| 10/26/2016 | Basis Investigator's Brochure. | ELY_0051546, ELY_0051547 |
| 10/28/2016 | | ELY_0087699, ELY_0087699.0002 |
| Fall 2016 | Information regarding the manufacturing conditions of NIAGEN. | ELY_0021625 |
| 11/8/2016 | | ELY_0078345, ELY_0078356 |
| 11/21/2016 | | ELY_0052030 |
| 11/21/2016 | | ELY_0002646 |
| 11/27/2016 | | ELY_0068120, ELY_0068121 |
| 11/28/2016 | | ELY_0008483, ELY_0008484 |
| 11/29/2016 | | ELY_0008558, ELY_0008559 |
| 12/13/2016 | Information regarding ChromaDex's NIAGEN specifications and product testing. | ELY_0062737 |
| 12/19/2016 | Information regarding ChromaDex business opportunities. | ELY_0096275 |
| 1/6/2017 | | ELY_0048358, ELY_0048359 |
| 1/6/2017 | | ELY_0048388, ELY_0048390 |
| 1/7/2017 | | ELY_0048419, ELY_0048421 |
| 3/15/2017 | | ELY_0088281, ELY_0088281.0002, ELY_0088282 |
| 3/24/2017 | Basis Investigator's Brochure. | ELY_0087840 |
| 4/17/2017 | | ELY_0095894 |
| 4/25/2017 | | ELY_0088317, ELY_0088319.0001 |
| 5/11/2017 | Information regarding ChromaDex's business dealings. | ELY_0014100 |
| 5/29/2017 | Basis Investigator's Brochure. | ELY_0116669, ELY_0116670 |
| 7/7/2017 | | ELY_0096300.0001 |
| 7/11/2017 | | ELY_0069155, ELY_0069156 |
| 8/28/2017 | Basis Investigator's Brochure. | ELY_0068051, ELY_0068053 |
| 8/29/2017 | Basis Investigator's Brochure. | ELY_0088117, ELY_0088118 |
| 8/29/2017 | Basis Investigator's Brochure. | ELY_0090348, ELY_0090349 |
| 8/29/2017 | | ELY_0090347, ELY_0090347.0002 |
| 9/7/2017 | | ELY_0047200, ELY_0047202, ELY_0086515 |
| 9/7/2017 | | ELY_0117126, ELY_0117279 |
| 10/3/2017 | | ELY_0116997 |
| 11/6/2017 | pTeroPure GRAS Report. | ELY_0095853 |
| 11/9/2017 | Basis Investigator's Brochure. | ELY_0088399, ELY_0088401 |
| 11/29/2019 | Basis Investigator's Brochure. | ELY_0088183, ELY_0088185 |
| 12/5/2017 | pTeroPure GRAS Report. | ELY_0117337 |
| 1/10/2018 | Basis Investigator's Brochure. | ELY_0091919, ELY_0091921 |
| 1/11/2018 | Basis Investigator's Brochure. | ELY_0073870, ELY_0073872 |
| 1/17/2018 | pTeroPure GRAS Report. | ELY_0073919 |

Notes:

[1] ChromaDex, Inc.'s Amended and Supplemental Responses to Mark Morris's First Set of Interrogatories, June 21, 2019.