COOLEY LLP
MICHAEL ATTANASIO (151529)
(mattanasio@cooley.com)
BARRETT J. ANDERSON (318539)
(banderson@cooley.com)
CRAIG E. TENBROECK (287848)
(ctenbroeck@cooley.com)
SOPHIA M. RIOS (305801)
(srios@cooley.com)
JAYME B. STATEN (317034)
(jstaten@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

*Counsel continued on following page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(WESTERN DIVISION)**

| | |
|---|---|
| ChromaDex, Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Elysium Health, Inc., and Mark Morris,<br><br>　　　　Defendants. | Case No.  8:16-cv-2277-CJC (DFMx)<br><br>**CHROMADEX, INC.'S NOTICE OF MOTION AND *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. IAIN COCKBURN** |
| Elysium Health, Inc.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ChromaDex, Inc.,<br><br>　　　　Counter-Defendant. | Judge:　　　　Hon. Cormac J. Carney<br>Courtroom:　7C<br>Date:　　　　September 18, 2019<br>Time:　　　　9:00 AM<br><br>Trial Date:　　　　　October 15, 2019<br>Pretrial Conference: Sept. 18, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
|   | MITCHELL A. KAMIN (202788) |
| 2 | (mkamin@cov.com) |
|   | 1999 Avenue of the Stars, Suite 3500 |
| 3 | Los Angeles, CA  90067-4643 |
|   | Telephone: (424) 332-4800 |
| 4 | Facsimile:     (424) 332-4749 |
| 5 | COVINGTON & BURLING LLP |
|   | PHILIP A. IRWIN (*admitted Pro Hac Vice*) |
| 6 | (pirwin@cov.com) |
|   | 620 Eighth Avenue |
| 7 | New York, NY 10018-1405 |
|   | Telephone: (212) 841-1000 |
| 8 | |
| 9 | *Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.* |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

CHROMADEX'S NOTICE OF MOTION
AND *DAUBERT* MOTION
8:16-CV-2277-CJC (DFMX)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 18, 2019 at 9:00 AM in Courtroom 7C of the Honorable Cormac J. Carney, located at 350 West 1st Street, Los Angeles, California, Plaintiff and Counter-Defendant ChromaDex, Inc. ("ChromaDex") will and hereby does move the Court to exclude certain expert opinion and testimony of Dr. Iain Cockburn ("the Motion").

This Motion is made pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), on the grounds that certain expert opinion and testimony of Dr. Iain Cockburn is unreliable, would serve to mislead and confuse the jury, and will not assist the trier of fact to understand the evidence presented or determine a fact at issue.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 15, 2019. The Motion is based on this Notice of Motion and *Daubert* Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Craig E. TenBroeck and all of its Exhibits, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Motion.

Dated: August 21, 2019

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BARRETT J. ANDERSON (318539)
CRAIG E. TENBROECK (287848)
SOPHIA M. RIOS (305801)
JAYME B. STATEN (317034)

*/s/ Michael A. Attanasio*
Michael A. Attanasio (151529)

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CHROMADEX'S NOTICE OF MOTION
AND *DAUBERT* MOTION
8:16-CV-2277-CJC (DFMx)