COOLEY LLP
MICHAEL ATTANASIO (151529)
(mattanasio@cooley.com)
BARRETT J. ANDERSON (318539)
(banderson@cooley.com)
CRAIG E. TENBROECK (287848)
(ctenbroeck@cooley.com)
SOPHIA M. RIOS (305801)
(srios@cooley.com)
JAYME B. STATEN (317034)
(jstaten@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

*Counsel continued on following page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| ChromaDex, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Elysium Health, Inc., and Mark Morris, <br><br> Defendants. | Case No. 8:16-cv-2277-CJC (DFMx) <br><br> **DECLARATION OF CRAIG E. TENBROECK IN SUPPORT OF CHROMADEX, INC.'S *DAUBERT* MOTIONS TO EXCLUDE CERTAIN OPINIONS OF DR. IAIN COCKBURN** |
| Elysium Health, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> ChromaDex, Inc., <br><br> Counter-Defendant. | Judge: Hon. Cormac J. Carney <br> Courtroom: 7C <br> Date: September 18, 2019 <br> Time: 9:00 AM <br><br> Trial: October 15, 2019 <br> Pretrial Conference: Sept. 18, 2019 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

TENBROECK DECL ISO CHROMADEX'S
*DAUBERT* MOTION
8:16-CV-2277-CJC (DFMX)

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | MITCHELL A. KAMIN (202788) (mkamin@cov.com) |
| 3 | 1999 Avenue of the Stars, Suite 3500 Los Angeles, CA 90067-4643 |
| 4 | Telephone: (424) 332-4800 Facsimile: (424) 332-4749 |
| 5 | COVINGTON & BURLING LLP |
| 6 | PHILIP A. IRWIN (*admitted Pro Hac Vice*) (pirwin@cov.com) |
| 7 | 620 Eighth Avenue New York, NY 10018-1405 |
| 8 | Telephone: (212) 841-1000 |
| 9 | *Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.* |

Cooley LLP
Attorneys At Law
San Diego

TenBroeck Decl ISO ChromaDex's
*Daubert* Motion
8:16-cv-2277-CJC (DFMx)

I, Craig E. TenBroeck, declare:

1. I am a lawyer at Cooley LLP, attorneys of record for Plaintiff and Counter-Defendant ChromaDex, Inc. ("ChromaDex"). I declare that the following statements are true and to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify hereto.

2. On August 15, 2019, pursuant to Local Rule 7-3, Counsel for ChromaDex conferred by phone with counsel for Elysium in a good faith effort to resolve the issues in ChromaDex's *Daubert* Motion and was unable to do so.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Iain Cockburn, dated June 21, 2019 (exhibits omitted).

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Dr. Iain Cockburn's deposition, taken August 6, 2019.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Expert Report of Randal Heeb, PhD, dated July 26, 2019.

6. Attached hereto as Exhibit 4 is a true and correct copy of the document produced by Elysium bearing Bates range ELY_0036835–ELY_0036838, and marked as "Alminana Exhibit 202" at the March 29, 2019 deposition of Daniel Alminana.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Ramon Padilla's deposition, taken on March 21, 2019.

8. Attached hereto as Exhibit 6 is a true and correct copy of the document produced by third party ███████, bearing Bates range ███ 101– ███ 131.

9. Attached hereto as Exhibit 7 is a true and correct copy of the document produced by Elysium Health, Inc., bearing Bates range ELY_00125945.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Elysium's Rule 30(b)(6) witness deposition, taken June 6, 2019.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of ChromaDex's Rule 30(b)(6) witness deposition, taken May 8, 2019.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

TENBROECK DECL ISO CHROMADEX'S
*DAUBERT* MOTION
8:16-CV-2277-CJC (DFMX)

12. Attached hereto as Exhibit 10 is a true and correct copy of Schedules 8A, 8B, and 8C to the Expert Report of Lance E. Gunderson, dated June 21, 2019.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Rebuttal Expert Report of Dr. Iain Cockburn, dated July 26, 2019 (exhibits omitted).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on August 21, 2019.

*/s/ Craig E. TenBroeck*
Craig E. TenBroeck

Cooley LLP
Attorneys At Law
San Diego

2.

TenBroeck Decl ISO ChromaDex's
*Daubert* Motion
8:16-cv-2277-CJC (DFMx)