COOLEY LLP
MICHAEL ATTANASIO (151529)
(mattanasio@cooley.com)
BARRETT J. ANDERSON (318539)
(banderson@cooley.com)
CRAIG E. TENBROECK (287848)
(ctenbroeck@cooley.com)
SOPHIA M. RIOS (305801)
(srios@cooley.com)
JAYME B. STATEN (317034)
(jstaten@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

*Counsel continued on following page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION)

| | |
|---|---|
| ChromaDex, Inc., | Case No. 8:16-cv-2277-CJC (DFMx) |
| Plaintiff, | **[PROPOSED] JOINT STATEMENT OF THE CASE** |
| v. | |
| Elysium Health, Inc., and Mark Morris | |
| Defendants. | |
| Elysium Health, Inc., | Judge: Hon. Cormac J. Carney<br>Courtroom: 7C |
| Counterclaimant, | |
| v. | Pretrial Conference: Sept. 18, 2019<br>Trial: October 15, 2019 |
| ChromaDex, Inc., | |
| Counter-Defendant. | |

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| | MITCHELL A. KAMIN (202788) |
| 2 | (mkamin@cov.com) |
| | 1999 Avenue of the Stars, Suite 3500 |
| 3 | Los Angeles, CA 90067-4643 |
| | Telephone: (424) 332-4800 |
| 4 | Facsimile: (424) 332-4749 |
| 5 | COVINGTON & BURLING LLP |
| | PHILIP A. IRWIN (*admitted Pro Hac Vice*) |
| 6 | (pirwin@cov.com) |
| | 620 Eighth Avenue |
| 7 | New York, NY 10018-1405 |
| | Telephone: (212) 841-1000 |
| 8 | |
| 9 | *Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.* |
| 10 | |

The Parties jointly propose the Statement of Case as follows:

This case concerns a business dispute involving alleged breaches of contract, alleged breaches of fiduciary duty, the alleged misappropriation of trade secrets and confidential information, the alleged breach of the duty of good faith and fair dealing inherent in contracts, and the alleged fraudulent inducement of a contract. The plaintiff in this case is ChromaDex, Inc. ("ChromaDex"). Among other things, ChromaDex sells an ingredient used in dietary supplements called nicotinamide riboside, or "NR."

A defendant and counterclaimant in this case is Elysium Health, Inc. ("Elysium"). The other defendant is an individual named Mark Morris. Elysium sells a dietary supplement called Basis that contains NR and another ingredient called pterostilbene, or "PT." Morris is a former ChromaDex employee who now works for Elysium.

ChromaDex used to supply Elysium with NR under the tradename "NIAGEN®" and PT under the tradename "pTeroPure®." ChromaDex first shipped these ingredients to Elysium in 2014 under supply agreements. The relationship between the companies soured in 2016, and Morris left ChromaDex to work for Elysium around the same time. The parties are now involved in litigation.

Both ChromaDex and Elysium assert various claims.

ChromaDex accuses Elysium of breaching the supply agreements by refusing to pay for ingredients that it ordered in June 2016. ChromaDex also accuses Elysium and Morris of misappropriating ChromaDex's trade secrets and wrongfully disclosing and using ChromaDex's confidential information in violation of several contracts they signed with ChromaDex. Finally, ChromaDex accuses Morris of violating his duty of loyalty to ChromaDex by failing to act in ChromaDex's best interests and Elysium for aiding-and-abetting Morris's misconduct. Elysium and Morris deny these allegations.

Elysium accuses ChromaDex of breaching the supply agreement by overcharging it for NR, improperly enabling other customers to sell products that combine NR with another ingredient similar to pTeroPure, failing to manufacture NR in accordance with a specified standard, and failing to inform Elysium of information regarding the quality

and purity of NR. Elysium also accuses ChromaDex of not acting in good faith by encouraging its other customers to develop products that compete with Elysium's. Elysium further accuses ChromaDex of fraudulently inducing it to sign a trademark license and royalty agreement. ChromaDex denies these allegations.

Dated: September 11, 2019

COOLEY LLP
MICHAEL A. ATTANASIO (151529)
BARRETT J. ANDERSON (318539)
CRAIG E. TENBROECK (287848)
SOPHIA M. RIOS (305801)
JAYME B. STATEN (317034)

*/s/ Michael A. Attanasio*
Michael A. Attanasio (151529)

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

*The filer, Michael A. Attanasio, attests that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.*

Dated: September 11, 2019

BAKER & HOSTETLER LLP
MICHAEL R. MATTHIAS (057728)
ELIZABETH M. TRECKLER (282432)
JOSEPH N. SACCA (*admitted pro hac vice*)
ESTERINA GIULIANI (*admitted pro hac vice*)
BENJAMIN D. PERGAMENT
(*admitted pro hac vice*)
KRISTIN L. KERANEN
(*admitted pro hac vice*)

*/s/ Joseph N. Sacca*
Joseph N. Sacca (*admitted pro hac vice*)

*Attorneys for Defendant and Counterclaimant Elysium Health, Inc. and Defendant Mark Morris*