Roberta A. Kaplan (*pro hac vice*)
rkaplan@kaplanhecker.com
Gabrielle E. Tenzer (*pro hac vice*)
gtenzer@kaplanhecker.com
David Shieh (*pro hac vice*)
dshieh@kaplanhecker.com
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone:  (212) 763-0883

Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Defendant and Counterclaimant
Elysium Health, Inc. and Defendant Mark Morris

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ChromaDex, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Elysium Health, Inc. and Mark Morris,<br><br>Defendants.<br><br>And Related Counterclaims | Case No. 8:16-cv-02277-CJC-DFM<br><br>**NOTICE OF CORRECTION OF DEPOSITIONS** |

This Notice of Correction of Depositions changes and corrects the depositions of Eric Marcotulli and Daniel Alminana taken in this action respectively on March 27, 2019, and March 29, 2019.  (ECF 284-3 [Marcotulli deposition]; ECF 284-4 [Alminana deposition].) The changes and corrections are set forth in the Declarations of Mr. Marcotulli and Mr. Alminana, which are the subject of an Application for Leave to File Under Seal ("Application") that Defendant and Counterclaimant Elysium Health, Inc. and Defendant Mark Morris will be filing with the Court on this date.

The subject matter of the changed and corrected testimony, along with related text messages produced in discovery, were the subject of a *motion in limine* filed in this action by Elysium's prior counsel.  (ECF 264.)  Elysium and its current counsel believe it is appropriate to file this Notice of Correction of Depositions with the Court, to ensure that the Court is apprised of the changes and corrections to the deposition testimony.

The Court denied without prejudice Elysium's *motion in limine*, along with all of the other *motions in limine* filed by the parties, given then-pending motions for summary judgment.  (ECF 369.)  Elysium and its current counsel plan to file a new *motion in limine* before trial concerning the subject matter of the changed and corrected deposition testimony and the related text messages.

Respectfully Submitted,

Dated:  December 11, 2020

**KAPLAN HECKER & FINK LLP**

By: */s/ Roberta A. Kaplan*
    Roberta A. Kaplan
    Gabrielle E. Tenzer
    David Shieh

1

**NOTICE OF CORRECTION OF DEPOSITIONS**

Dated:  December 11, 2020

**COHEN WILLIAMS LLP**

By: *_/s/ Marc S. Williams_*
    Marc S. Williams
    Reuven L. Cohen

*Attorneys for Defendants and Counter-Claimants, Elysium Health, Inc. and Mark Morris*