1  Roberta A. Kaplan (*pro hac vice*)
2  rkaplan@kaplanhecker.com
   Gabrielle E. Tenzer (*pro hac vice*)
3  gtenzer@kaplanhecker.com
   David Shieh (*pro hac vice*)
4  dshieh@kaplanhecker.com
5  KAPLAN HECKER & FINK LLP
   350 Fifth Avenue, Suite 7110
6  New York, NY 10118
   Telephone:  (212) 763-0883
7
8  Marc S. Williams (Bar No. 198913)
   mwilliams@cohen-williams.com
9  Reuven L. Cohen (Bar No. 231915)
10 rcohen@cohen-williams.com
   COHEN WILLIAMS LLP
11 724 South Spring Street, 9th Floor
   Los Angeles, CA 90014
12 Telephone:  (213) 232-5160
13 Facsimile:   (213) 232-5167

14 Attorneys for Defendants and Counter-Claimants
15 Elysium Health, Inc. and Mark Morris

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| ChromaDex, Inc., | Case No. 8:16-cv-02277-CJC-DFM |
|---|---|
| Plaintiff, | **DECLARATION OF ERIC MARCOTULLI** |
| v. | |
| Elysium Health, Inc. and Mark Morris, | |
| Defendants. | |
| And Related Counterclaims | **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

I, Eric Marcotulli, hereby declare and state as follows:

1. I am the Chief Executive Officer of Elysium Health, Inc. ("Elysium"). I submit this declaration to change and correct certain testimony about my personal life that I gave at a deposition in this matter on March 27, 2019 (transcript at ECF 284-3). I also submit this declaration under seal pursuant to Local Rule 79-5. I declare that the following statements are true to the best of my knowledge, information, and belief. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently as follows.

2. On March 27, 2019, I was deposed in the above-captioned action.

3. Prior to my deposition, and without my knowledge or consent, Elysium's prior counsel, Baker & Hostetler LLP ("Baker"), inadvertently produced spreadsheets containing the complete message history of the cell phone that I used between 2012 and 2017 for both personal and business matters, as well as the entire message contents of two cell phones used by Elysium's Chief Operating Officer, Dan Alminana.

4. Although I understand that Baker made efforts to "claw back" certain text messages on privilege grounds, my purely personal text messages that were not subject to a claim of privilege but were also not responsive to any of the document requests in the case were not returned or destroyed.

5. I state the following with no intention to waive any privilege or applicable protection. At the time of my deposition, I expected to answer questions regarding the subject

**DECLARATION OF ERIC MARCOTULLI**

matter of the above-captioned case. Specifically, I expected to answer questions relating to Elysium's contracts with ChromaDex, including negotiations and performance of those contracts; patent issues; and trade secret allegations. I did not realize, know, or anticipate at the time that ChromaDex would question me about sensitive and wholly personal matters relating to the personal text messages that, without my knowledge, had been produced inadvertently.

6. ███████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████

7. ███████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

1
2
3
4   8. █████████
5
6
7
8
9
10
11
12
13
14
15
16
17   9. █████████
18
19
20
21
22
23
24
25
26
27
28

3
**DECLARATION OF ERIC MARCOTULLI**

10. [redacted]

[1] [redacted]

4
**DECLARATION OF ERIC MARCOTULLI**

1   11.   █████████████████████████████████
2   ███████████████████████████████████████
3
4   ███████████████████████████████████████
5
6   ███████████████████████████████████████
7
8   ███████████████████████████████████████
9
10  ███████████████████████████████████████
11
12  ███████████████████████████████████████
13  ███████████████████████████████████████
14
15  ███████████████████████████████████████
16  ████████████████████
17  12.   ███████████████████████████████
18  ███████████████████████████████████████
19
20  ███████████████████████████████████████
21
22  ███████████████████████████████████████
23
24  ███████████████████████████████████████
25
26  _____
27  ███████████████████████████████████████
28  ████████████████████████

5
**DECLARATION OF ERIC MARCOTULLI**

1  ████████████████████████████████████████

2  ████████████████████████████████████████

3

4  ████████████████████████████████████████

5  ████████████████████████████████

6     13.  ████████████████████████████████

7

8  ████████████████████████████████████████

9  ████████████████████████████████████████

10 ████████████████████████████████████████

11

12 ████████████████████████████████████████

13 ████████████████████████████████████████

14 ████████████████████████████████████████

15

16 ████████████████████████████████████████

17      I declare under the penalty of perjury that the foregoing is true and correct to the best

18 of my knowledge.

19

20 Dated: December 10, 2020
       New York, New York

21

22

23                                           DocuSigned by:
                                             [signature]
                                             B4B792469A5242B...
24                                           Eric Marcotulli

25

26

27

28

---
6
**DECLARATION OF ERIC MARCOTULLI**