Roberta A. Kaplan (*pro hac vice*)
rkaplan@kaplanhecker.com
Gabrielle E. Tenzer (*pro hac vice*)
gtenzer@kaplanhecker.com
David Shieh (*pro hac vice*)
dshieh@kaplanhecker.com
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883

Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendants and Counter-Claimants
Elysium Health, Inc. and Mark Morris

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ChromaDex, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Elysium Health, Inc. and Mark Morris,<br><br>Defendants.<br><br>And Related Counterclaims | Case No. 8:16-cv-02277-CJC-DFM<br><br>**DECLARATION OF**<br>**DANIEL ALMINANA**<br><br><br><br><br><br><br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

I, Daniel Alminana, hereby declare and state as follows:

1. I am the Chief Operating Officer of Elysium Health, Inc. ("Elysium"). I submit this declaration to change and correct certain testimony about my awareness regarding aspects of my colleague's personal life that I gave at a deposition in this matter on March 29, 2019 (transcript at ECF 284-4). I also submit this declaration under seal pursuant to Local Rule 79-5. I declare that the following statements are true to the best of my knowledge, information, and belief. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently as follows.

2. On March 29, 2019, I was deposed in the above-captioned action.

3. Prior to my deposition, and without my knowledge or consent, Elysium's prior counsel, Baker & Hostetler LLP ("Baker"), inadvertently produced spreadsheets containing the complete message history of two cell phones I used between 2012 and 2017 for both personal and business matters, as well as the entire message contents of a cell phone used by Elysium's Chief Executive Officer Eric Marcotulli.

4. Although I understand that Baker made efforts to "claw back" certain of these text messages on privilege grounds, my purely personal text messages that were not subject to a claim of privilege but were also not responsive to any of the document requests in the case were not returned or destroyed.

5. I state the following with no intention to waive any privilege or applicable protection. At the time of my deposition, I expected to answer questions regarding the subject matter of the above-captioned case. Specifically, I expected to answer questions relating to Elysium's contracts with ChromaDex, including negotiations and performance of those contracts; patent issues; and trade secret allegations. I did not realize, know, or anticipate at the time that ChromaDex would question me about sensitive matters personal to my colleague relating to the inadvertently produced text messages.

6. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

7. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2
**DECLARATION OF DANIEL ALMINANA**

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 10, 2020
         Murfreesboro, Tennessee

―DocuSigned by:
*Dan Alminana*
6889FCFB813541D...
Daniel Alminana

3
**DECLARATION OF DANIEL ALMINANA**