| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MICHAEL ATTANASIO (151529) (mattanasio@cooley.com) |
| 3 | BARRETT J. ANDERSON (318539) (banderson@cooley.com) |
| 4 | CRAIG E. TENBROECK (287848) (ctenbroeck@cooley.com) |
| 5 | JAYME B. STATEN (317034) (jstaten@cooley.com) |
| 6 | 4401 Eastgate Mall San Diego, CA  92121-1909 |
| 7 | Telephone: (858) 550-6000 Facsimile:  (858) 550-6420 |
| 8 | *Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.* |
| 9 | |
| 10 | *Counsel continued on following page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| ChromaDex, Inc., | Case No. 8:16-cv-2277-CJC (DFMx) |
| Plaintiff, | **DECLARATION OF BARRETT J. ANDERSON IN SUPPORT OF CHROMADEX'S MOTION FOR SANCTIONS OR, IN THE ALTERNATIVE, RECONSIDERATION OF THE COURT'S JANUARY 16, 2020 ORDER REGARDING SUMMARY JUDGMENT [DKT. 413]** |
| v. | |
| Elysium Health, Inc., and Mark Morris | |
| Defendants. | |
| Elysium Health, Inc., | Judge:     Hon. Cormac J. Carney Courtroom: 9B Date:      May 3, 2021 Time:      1:30 PM |
| Counterclaimant, | |
| v. | Pretrial Conf.: Sept. 13, 2021 Trial:          Sept. 21, 2021 |
| ChromaDex, Inc., | |
| Counter-Defendant. | |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

ANDERSON DECL. ISO CHROMADEX'S
MOTION FOR SANCTIONS
8:16-CV-2277-CJC (DFMX)

1  COVINGTON & BURLING LLP
   MITCHELL A. KAMIN (202788)
2  (mkamin@cov.com)
   1999 Avenue of the Stars, Suite 3500
3  Los Angeles, CA  90067-4643
   Telephone: (424) 332-4800
4  Facsimile:    (424) 332-4749

5  COVINGTON & BURLING LLP
   PHILIP A. IRWIN (*admitted Pro Hac Vice*)
6  (pirwin@cov.com)
   620 Eighth Avenue
7  New York,  NY 10018-1405
   Telephone: (212) 841-1000
8
   LTL ATTORNEYS LLP
9  JOE H. TUFFAHA (253723)
   (joe.tuffaha@ltlattorneys.com)
10 PRASHANTH CHENNAKESAVAN (284022)
   (prashanth.chennakesavan@ltlattorneys.com)
11 300 South Grand Avenue, 14th Floor
   Los Angeles, CA  90071
12 Telephone: (213) 612-8900
   Facsimile: (213) 612-3773
13
   *Attorneys for Plaintiff and Counter-Defendant*
14 *ChromaDex, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

ANDERSON DECL. ISO CHROMADEX'S
MOTION FOR SANCTIONS
8:16-CV-2277-CJC (DFMX)

I, Barrett J. Anderson, hereby declare:

1. I am a lawyer at Cooley LLP, attorneys of record for Plaintiff and Counter-Defendant ChromaDex, Inc. I submit this declaration in support of ChromaDex's motion for sanctions or, in the alternative, reconsideration of the Court's January 16, 2020 order regarding summary judgment [Dkt. 413]. The following statements are true and to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify hereto.

2. On December 11, 2020, Defendant and Counterclaimant Elysium Health, Inc. filed what it styled as a Notice of Correction of Depositions. (Dkt. 453.) With that submission, Elysium CEO Eric Marcotulli and COO Daniel Alminana each filed declarations ████████████████████████████████████████.

3. In Marcotulli's declaration, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

4. On February 25, 2021, pursuant to Local Rule 7-3, the parties met and conferred by phone regarding ChromaDex's motion.

**EXHIBITS**

5. Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Lodging and Manual Filing regarding the USB drive of video clips from the Deposition of Eric Marcotulli, taken on March 27, 2019. Instructions on how to access the

Cooley LLP
Attorneys At Law
San Diego

1.

Anderson Decl. ISO ChromaDex's
Motion for Sanctions
8:16-cv-2277-CJC (DFMx)

password-protected USB drive are provided in the sealed declaration submitted in support of ChromaDex's application for leave to file its motion under seal.

6. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Eric Marcotulli submitted to the Court on December 11, 2020, (Dkt. 455-1), and again on December 18, 2020, (Dkt. 467).

7. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Daniel Alminana submitted to the Court on December 11, 2020, (Dkt. 455-2), and again on December 18, 2020, (Dkt. 468).

8. Attached hereto as Exhibit 4 is a true and correct copy of the transcript of the deposition of Eric Marcotulli, taken on March 27, 2019.

9. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Daniel Alminana, taken on March 29, 2019.

10. Attached hereto as Exhibit 6 is a true and correct copy of correspondence from Kristin L. Keranen, former counsel for Elysium, to Barrett J. Anderson, counsel for ChromaDex, dated May 3, 2019.

11. Attached hereto as Exhibit 7 is a true and correct copy of correspondence from Darley Maw, former counsel for Elysium, to Barrett J. Anderson, counsel for ChromaDex, dated May 9, 2019.

12. Attached hereto as Exhibit 8 is a true and correct copy of email correspondence (with attachments omitted) from Karen Austria, court reporter, to counsel for all parties dated June 3, 2019.

13. Attached hereto as Exhibit 9 is a true and correct copy of the "Errata for March 27, 2019 Deposition of Eric Marcotulli," which was signed by Eric Marcotulli on May 30, 2019, and produced by Elysium on June 3, 2019.

14. Attached hereto as Exhibit 10 is a true and correct copy of the "Acknowledgement" page from the final transcript of the deposition of Eric Marcotulli, which was signed by Eric Marcotulli on May 30, 2019, and produced by Elysium on June 3, 2019.

Cooley LLP
Attorneys At Law
San Diego

2.

ANDERSON DECL. ISO CHROMADEX'S
MOTION FOR SANCTIONS
8:16-CV-2277-CJC (DFMx)

15. Attached hereto as Exhibit 11 is a true and correct copy of email correspondence (with attachments omitted) from Karen Austria, court reporter, to counsel for all parties dated August 8, 2019.

16. Attached hereto as Exhibit 12 is a true and correct copy of the "Errata for March 29, 2019 Deposition of Dan Alminana," which was signed by Dan Alminana on August 5, 2019, and produced by Elysium on August 8, 2019.

17. Attached hereto as Exhibit 13 is a true and correct copy of the "Acknowledgement" page from the final transcript of the deposition of Dan Alminana, which was signed by Dan Alminana on August 5, 2019, and produced by Elysium on August 8, 2019.

18. Attached hereto as Exhibit 14 is a true and correct copy of the Reporter's Partial Transcript of Status Conference from the hearing on January 21, 2020.

19. Attached hereto as Exhibit 15 is a true and correct copy of a compilation of text messages excerpted from the file produced by Elysium bearing Bates number ELY_008617, and marked as "Alminana Exhibit 204" at the March 29, 2019 deposition of Daniel Alminana.

20. Attached hereto as Exhibit 16 is a true and correct copy of a compilation of text messages excerpted from the file produced by Elysium bearing Bates number ELY_0085619, and marked as "Marcotulli Exhibit 142" at the March 27, 2019 deposition of Eric Marcotulli.

21. Attached hereto as Exhibit 17 is a true and correct copy of a compilation of text messages excerpted from the file produced by Elysium bearing Bates number ELY_0085617, and marked as "Alminana Exhibit 203" at the March 29, 2019 deposition of Daniel Alminana.

22. Attached hereto as Exhibit 18 is a true and correct copy of email correspondence produced by Elysium bearing Bates number ELY_0107573, and marked as "Marcotulli Exhibit 147" at the March 27, 2019 deposition of Eric Marcotulli.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

ANDERSON DECL. ISO CHROMADEX'S
MOTION FOR SANCTIONS
8:16-CV-2277-CJC (DFMX)

23. Attached hereto as Exhibit 19 is a true and correct copy of a compilation of text messages excerpted from the file produced by Elysium bearing Bates number ELY_0085619, and marked as "Marcotulli Exhibit 135" at the March 27, 2019 deposition of Eric Marcotulli.

24. Attached hereto as Exhibit 20 is a true and correct copy of a compilation of text messages excerpted from the file produced by Elysium bearing Bates number ELY_0085619, and marked as "Marcotulli Exhibit 144" at the March 27, 2019 deposition of Eric Marcotulli.

25. Attached hereto as Exhibit 21 is a true and correct copy of a compilation of text messages excerpted from the file produced by Elysium bearing Bates number ELY_0085619, and marked as "Marcotulli Exhibit 136" at the March 27, 2019 deposition of Eric Marcotulli.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on March 8, 2021.

*/s/ Barrett J. Anderson*
Barrett J. Anderson

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

ANDERSON DECL. ISO CHROMADEX'S
MOTION FOR SANCTIONS
8:16-CV-2277-CJC (DFMX)