1  Marc S. Williams (Bar No. 198913)
   Email: mwilliams@cohen-williams.com
2  Reuven L. Cohen (Bar No. 231915)
   Email: rcohen@cohen-williams.com
3  Brittany L. Lane (Bar No. 323440)
   Email: blane@cohen-williams.com
4  **COHEN WILLIAMS LLP**
   724 South Spring Street, 9th Floor
5  Los Angeles, CA 90014
   Telephone: (213) 232-5160
6  Facsimile: (213) 232-5167

7  Attorneys for Defendant and Counter-Claimant
   Elysium Health, Inc. and Defendant Mark Morris
8
   *Counsel continued on following page*
9

10                **UNITED STATES DISTRICT COURT**

11          **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

12

| | |
|---|---|
| ChromaDex, Inc., | Case No. 8:16-cv-02277-CJC-DFM |
| | [Assigned to the Hon. Cormac J. Carney] |
| Plaintiff, | |
| | **ELYSIUM HEALTH, INC.'S AND MARK MORRIS'S PETITION FOR ORDER TO USE ELECTRONIC EQUIPMENT AT TRIAL** |
| v. | |
| Elysium Health, Inc. and Mark Morris, | |
| | Trial: Sept. 21, 2021 |
| Defendants. | |
| And Related Counter-Claims | |

Roberta A. Kaplan (*pro hac vice*)
rkaplan@kaplanhecker.com
John C. Quinn (*pro hac vice*)
Email: jquinn@kaplanhecker.com
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883

Donald R. Ware (*pro hac vice*)
dware@foleyhoag.com
Marco J. Quina (*pro hac vice*)
mquina@foleyhoag.com
Rachel L. Davidson (*pro hac vice*)
rdavidson@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02210
Telephone:  (617) 832-1000

To facilitate the presentation of evidence to the Court at trial, scheduled to begin September 21, 2021, Defendants Elysium Health, Inc. ("Elysium") and Mark Morris ("Morris") respectfully request an order of authorization granting permission to install certain electronic and audio-visual display equipment.

Elysium and Morris request permission to use and/or install: six laptops with power cables and accessories; one 22-inch monitor; one VGA switch; three power strips; two extension cords; one speaker; one printer; and miscellaneous A/V cables. In addition, Elysium and Morris request permission to use one table in the courtroom to facilitate the use of the electronic equipment named above.

Dated:  September 15, 2021       Respectfully submitted,

**COHEN WILLIAMS LLP**
**KAPLAN HECKER & FINK LLP**

By: */s/ Marc S. Williams*
Marc S. Williams
Attorneys for Defendant and Counter-Claimant Elysium Health, Inc. and Defendant Mark Morris