COOLEY LLP
MICHAEL ATTANASIO (151529)
(mattanasio@cooley.com)
BARRETT J. ANDERSON (318539)
(banderson@cooley.com)
CRAIG E. TENBROECK (287848)
(ctenbroeck@cooley.com)
JASMIN F. MOTLAGH (311639)
(jmotlagh@cooley.com)
DYLAN K. SCOTT (332796)
(dscott@cooley.com)
RACHAEL M. HELLER (335636)
(rheller@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

*Counsel continued on following page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| ChromaDex, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Elysium Health, Inc., and Mark Morris,<br><br>Defendants. | Case No. 8:16-cv-2277-CJC (DFMx)<br><br>**[PROPOSED] REVISED JOINT STATEMENT OF THE CASE** |
| Elysium Health, Inc.,<br><br>Counterclaimant,<br><br>v.<br><br>ChromaDex, Inc.,<br><br>Counter-Defendant. | Judge: Hon. Cormac J. Carney<br>Courtroom: 9B<br>Date: September 21, 2021<br>Time: 8:30 a.m.<br><br>Trial: September 21, 2021 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] REVISED JOINT
STATEMENT OF THE CASE
8:16-CV-2277-CJC (DFMX)

COVINGTON & BURLING LLP
MITCHELL A. KAMIN (202788)
(mkamin@cov.com)
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone:  (424) 332-4800
Facsimile:  (424) 332-4749

COVINGTON & BURLING LLP
PHILIP A. IRWIN (admitted *pro hac vice*)
(pirwin@cov.com)
620 Eighth Avenue
New York, NY 10018-1405
Telephone:  (212) 841-1000

LTL ATTORNEYS LLP
JOE H. TUFFAHA (253723)
(joe.tuffaha@ltlattorneys.com)
PRASHANTH CHENNAKESAVAN (284022)
(prashanth.chennakesavan@ltlattorneys.com)
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071
Telephone:  (213) 612-8900
Facsimile:  (213) 612-3773

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

In light of the Court's rulings at the pretrial conference on September 13, 2021, the parties jointly propose the Revised Statement of Case as follows:

This case involves allegations of breach of contract, breach of fiduciary duty, aiding-and-abetting breach of fiduciary duty, misappropriation of trade secrets under state and federal law, and fraudulent inducement of a contract. The plaintiff and counter-defendant is ChromaDex, Inc., a company that sells various products and services in the dietary supplement industry. A defendant and counterclaimant is Elysium Health, Inc., a company that sells a dietary supplement called Basis. The other defendant is an individual named Mark Morris, a former ChromaDex employee who now works for Elysium.

Elysium originally purchased two of the ingredients for its dietary supplement from ChromaDex. One of those ingredients is called nicotinamide riboside, or "NR" for short, which ChromaDex sells under the tradename "NIAGEN®." The second ingredient is called pterostilbene, or "PT" for short, which ChromaDex sold under the tradename "pTeroPure®." ChromaDex and Elysium signed supply agreements for both ingredients and ChromaDex began shipping them to Elysium in 2014. In mid-2016, Elysium ordered and received shipments of NR and PT, but did not pay for those orders. Elysium alleges that ChromaDex had been charging it higher prices for NR than permitted under the supply agreement. Mark Morris left ChromaDex to work for Elysium around the same time.

Both ChromaDex and Elysium assert various claims in the case.

ChromaDex accuses Elysium of breaching the NR and PT supply agreements by refusing to pay for ingredients that it ordered on June 30, 2016. ChromaDex also accuses Elysium and Mark Morris of misappropriating ChromaDex's trade secrets and accuses Mark Morris of wrongfully disclosing and using ChromaDex's confidential information in violation of two contracts he signed with ChromaDex. ChromaDex further accuses Mark Morris of violating his fiduciary duty of loyalty to ChromaDex by failing to act in ChromaDex's best interests while he was employed by ChromaDex,

and Elysium for aiding-and-abetting Mark Morris's misconduct. Elysium and Mark Morris deny these allegations and assert various defenses.

Elysium accuses ChromaDex of breaching the NR supply agreement by overcharging it for NR and alleges that ChromaDex owes Elysium a refund or credit as a result. Elysium further accuses ChromaDex of fraudulently inducing it to sign a third contract, called a trademark license and royalty agreement. ChromaDex denies these allegations and asserts various defenses.

| | | |
|---|---|---|
| Dated: | September 15, 2021 | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>BARRETT J. ANDERSON (318539)<br>CRAIG E. TENBROECK (287848)<br>JASMIN F. MOTLAGH (311639)<br>DYLAN K. SCOTT (332796)<br>RACHAEL M. HELLER (335636)<br><br>/s/ Michael A. Attanasio<br>Michael A. Attanasio (151529)<br><br>*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*<br><br>*The filer, Michael A. Attanasio, attests that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.* |
| Dated: | September 15, 2021 | COHEN WILLIAMS LLP<br>MARC S. WILLIAMS (198913)<br>REUVEN L. COHEN (231915)<br>BRITTANY LANE (323440)<br><br>KAPLAN HECKER & FINK LLP<br>JOHN C. QUINN (*pro hac vice*)<br><br>/s/ Marc S. Williams<br>Marc S. Williams (198913)<br><br>*Attorneys for Defendant and Counterclaimant Elysium Health, Inc. and Defendant Mark Morris* |