<span style="color:red">**DENIED**</span>

BY ORDER OF THE COURT

9/17/2021

CORMAC J. CARNEY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(SOUTHERN DIVISION)**

| | |
|---|---|
| ChromaDex, Inc., | Case No. 8:16-cv-2277-CJC (DFMx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CHROMADEX'S PETITION FOR PERMISSION TO USE FREIGHT ELEVATOR THROUGH DURATION OF TRIAL** |
| v. | |
| Elysium Health, Inc., and Mark Morris | |
| Defendants. | |
| Elysium Health, Inc., | Judge:        Hon. Cormac J. Carney |
| Counterclaimant, | Courtroom:   9B |
| v. | Date:         September 21, 2021 |
| ChromaDex, Inc., | Time:         8:30 a.m. |
| Counter-Defendant. | Pretrial Conference:   September 13, 2021 |
| | Trial:                      September 21, 2021 |

1    Having considered ChromaDex's petition for an order of authorization granting

2  permission to use the freight elevator from the date this Petition is granted through the

3  duration of trial, scheduled to begin September 21, 2021, and for good cause appearing,

4  permission to use the requested elevator in this Court's building is GRANTED.

5

6

7    **IT IS SO ORDERED.**

8

9   Dated:  _____, 2021    _____

10                                        Hon. Cormac J. Carney
                                       United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28