UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 16-02277-CJC (DFMx) |
| Title: | ChromaDex, Inc. v. Elysium Health, Inc. |
| Date | September 27, 2021 |

Present: The Honorable  CORMAC J. CARNEY, United States District Judge

| Rolls Royce Paschal | Sharon Seffens & Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Barrett Anderson; Michael Attanasio; Jasmin Motlagh; Dylan Scott | Marc Williams; Reuven Cohen; Brittany Lane |

___ Day Court Trial     5th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ✓ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
✓ Jury polled.   ___ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other: The Court and counsel discuss Jury Note #1 as stated on the record. The Court Reporters provide readback to the jury regarding testimony of witness Frank Jaksch.

1 : 45

Initials of Deputy Clerk   rrp

cc: