COOLEY LLP
MICHAEL ATTANASIO (151529)
(mattanasio@cooley.com)
BARRETT J. ANDERSON (318539)
(banderson@cooley.com)
JASMIN F. MOTLAGH (311639)
(jmotlagh@cooley.com)
DYLAN K. SCOTT (332796)
(dscott@cooley.com)
RACHAEL M. HELLER (335636)
(rheller@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| ChromaDex, Inc., <br><br>    Plaintiff, <br><br>    v. <br><br> Elysium Health, Inc., and Mark Morris <br><br>    Defendants. | Case No. 8:16-cv-2277-CJC (DFMx) <br><br> **JOINT STATUS REPORT AND STIPULATION REGARDING STAY OF PROCEEDINGS** |
| Elysium Health, Inc., <br><br>    Counterclaimant, <br><br>    v. <br><br> ChromaDex, Inc., <br><br>    Counter-Defendant. | Judge:     Hon. Cormac J. Carney <br> Courtroom: 9B |

Pursuant to the Court's September 13, 2022, minute order, (Dkt. 592), Plaintiff and Counter-Defendant ChromaDex, Inc., Defendant and Counterclaimant Elysium Health, Inc., and Defendant Mark Morris (collectively, the "Parties"), by and through their respective counsel, hereby jointly state, stipulate, and agree as follows:

1. Elysium alleged a counterclaim seeking a declaratory judgment of patent misuse and a related counterclaim for unjust enrichment in this action, which the Court bifurcated from the other claims and counterclaims (the "Jury Claims") on August 18, 2021. (Dkt. 508.)

2. Elysium's patent-misuse counterclaim involves patents that are the subject of a patent-infringement action between ChromaDex and Elysium, which is now on appeal to the U.S. Court of Appeals for the Federal Circuit in a case captioned *ChromaDex, Inc. v. Elysium Health, Inc.*, No. 2022-1116 (the "Federal Circuit Appeal"). The parties have fully briefed the Federal Circuit Appeal and are awaiting the appellate court's order setting a date for oral argument.

3. On December 27, 2021, the Court stayed adjudication of Elysium's patent-misuse counterclaim pending resolution of the Federal Circuit Appeal and dismissed Elysium's related unjust-enrichment counterclaim without prejudice. (Dkt. 579.)

4. The Parties tried the Jury Claims in this Court in September 2021. The jury returned a verdict on September 27, 2021. (Dkts. 570, 573.)

5. ChromaDex and Elysium were parties to an action that involved issues that ChromaDex contends are related to the Jury Claims and that is now on appeal to the U.S. Court of Appeals for the Second Circuit in a case captioned *In re Elysium-ChromaDex Litigation*, No. 22-1059 (the "Second Circuit Appeal"). Elysium submitted its opening appellant's brief in the Second Circuit Appeal on August 24, 2022, and ChromaDex's opposition brief is due November 22, 2022.

6. On August 22, 2022, ChromaDex filed a motion to enter final judgment on the Jury Claims under Federal Rule of Civil Procedure 54(b). (Dkt. 588, *et seq.*) The

1  Court denied the motion on September 13. (Dkt. 591.) ChromaDex respectfully
2  disagrees with the Court's decision and reserves its appellate rights.

3  7. On September 13, 2022, the Court instructed the Parties to submit "a joint
4  report describing how this case will proceed." (Dkt. 592.)

5  8. On September 23, 2022, pursuant to the Court's order, counsel for the
6  Parties met and conferred by telephone.

7  Accordingly, the Parties **HEREBY STIPULATE AND AGREE**:

8  1. Given not all of the Parties' claims and counterclaims in this case have
9  been finally resolved, including Elysium's patent-misuse counterclaim that is stayed
10 pending the resolution of the Federal Circuit Appeal, no further proceedings in this
11 Court are appropriate or necessary until the Federal Circuit Appeal is finally resolved.
12 The Parties therefore request that the Court stay all proceedings in this action pending
13 the outcome of the Federal Circuit Appeal.

14 2. The Parties shall file a joint status report with the Court within 30 days of
15 the issuance of the Federal Circuit's mandate in, or other disposition of, the Federal
16 Circuit Appeal. The joint status report shall describe how the case will proceed or
17 request a status conference with the Court for the same purpose.

| | | | |
|---|---|---|---|
| 1 | Dated: | September 28, 2022 | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>BARRETT J. ANDERSON (318539)<br>JASMIN F. MOTLAGH (311639)<br>DYLAN K. SCOTT (332796)<br>RACHAEL M. HELLER (335636) |

*/s/ Michael A. Attanasio*
Michael A. Attanasio (151529)

*Attorneys for Plaintiff and Counter-Defendant ChromaDex, Inc.*

*The filer, Michael A. Attanasio, attests that the other signatories listed, on whose behalf the filing also is submitted, concur in the filing's content and have authorized the filing.*

| | | | |
|---|---|---|---|
| | Dated: | September 28, 2022 | COHEN WILLIAMS LLP<br>MARC S. WILLIAMS (198913)<br>REUVEN L. COHEN (231915)<br>BRITTANY L. LANE (323440) |

*/s/ Marc S. Williams*
Marc S. Williams (198913)

*Attorneys for Defendant and Counter-Claimant Elysium Health, Inc. and Defendant Mark Morris*