1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ChromaDex, Inc., | Case No. 8:16-cv-2277-FWS-DFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Elysium Health, Inc., and Mark Morris, | |
| Defendants. | |
| Elysium Health, Inc., | |
| Counterclaimant, | |
| v. | |
| ChromaDex, Inc., | |
| Counter-Defendant. | |

1  WHEREAS, on February 3, 2022, the parties formed a valid, binding, and enforceable settlement agreement;

2  WHEREAS, pursuant to the settlement agreement, the parties agreed that Defendant and Counterclaimant Elysium Health, Inc. ("Elysium") would pay to Plaintiff and Counter-Defendant ChromaDex, Inc. ("ChromaDex") a total of $2.5 million to resolve any outstanding issues with respect to the claims and counterclaims tried to the jury in this case (the "Jury Claims"), including the issue of prejudgment interest, as well as the litigation between ChromaDex and Elysium in the U.S. District Court for the Southern District of New York captioned *In re Elysium Health-ChromaDex Litigation*, No. 17-cv-7394-LJL;

3  WHEREAS, pursuant to the settlement agreement, the parties agreed that all parties to this litigation shall bear their own attorney's fees and costs arising from the Jury Claims;

4  WHEREAS, pursuant to the settlement agreement, the parties agreed that the parties shall not file any post-trial motions or appeals related to the Jury Claims;

5  WHEREAS, pursuant to the settlement agreement, the parties agreed that the $2.5 million settlement payment would be paid in two equal installments of $1.25 million each, the first of which would be paid on or before the last day of February 2022, and the second of which would be paid on or before the last day of February 2023;

6  WHEREAS, pursuant to the settlement agreement, the parties agreed that interest would accrue on the amount of the second installment from February 3, 2022, but that accrued interest would be forgiven provided that Elysium paid the second installment on or before the last day of February 2023;

7  WHEREAS, pursuant to the settlement agreement, the parties agreed that should Elysium fail to pay the second installment on or before the last day of February 2023, ChromaDex shall be entitled to recover from Elysium any attorney's fees and costs incurred to collect the second installment;

8  WHEREAS, Elysium has not paid either installment of the settlement payment;

WHEREAS, the settlement agreement calls for judgment to be entered on the terms stated as to all outstanding issues with respect to the Jury Claims;

WHEREAS, all claims other than the Jury Claims have been dismissed from this case;

WHEREAS, the settlement agreement therefore provides the terms for final judgment as to all remaining claims in this case;

WHEREAS, the court recently granted ChromaDex, Inc.'s motion for entry of final judgment;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Elysium shall pay to ChromaDex the sum total of $2,500,000 to resolve any outstanding issues that existed as of February 3, 2022 with respect to the Jury Claims, including the issue of prejudgment interest, as well as the litigation between ChromaDex and Elysium in the U.S. District Court for the Southern District of New York captioned *In re Elysium Health-ChromaDex Litigation*, No. 17-cv-7394-LJL.

2. Any outstanding issues that existed as of February 3, 2022, with respect to the Jury Claims, including prejudgment interest, are **DISMISSED WITH PREJUDICE**.

3. All parties shall bear their own attorney's fees and costs arising from the Jury Claims.

4. The parties shall not file any post-trial motions or appeals related to the Jury Claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this final judgment for 120 days, or until further order of the court.

The Clerk is ordered to enter this final judgment forthwith and without further notice.

Dated: August 13, 2024

Hon. Fred W. Slaughter
United States District Court Judge